**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE DANAHER CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | CONSOLIDATED<br>Case No. 26-cv-275-GBW<br><br>Jury Trial Demanded |

**JOINT STIPULATION AND [PROPOSED] ORDER STAYING DERIVATIVE ACTION**

Plaintiffs Monique Lanphear ("Lanphear") and Harry Markarian ("Markarian," and together with Lanphear, the "Plaintiffs"), Defendants Rainer M. Blair, Feroz Dewan, Linda H. Filler, Emmanuel Ligner, Teri List, Walter G. Lohr, Jr., Matthew R. McGrew, Jessica L. Mega, Mitchell P. Rales, Steven M. Rales, Pardis C. Sabeti, A. Shane Sanders, John T. Schwieters, Alan G. Spoon, Raymond C. Stevens, Elias A. Zerhouni, Joakim Weidemanis, Daniel A. Raskas, and Jennifer L. Honeycutt (the "Individual Defendants"), and Nominal Defendant Danaher Corporation ("Danaher" or the "Company," and together with the Individual Defendants, "Defendants," and Defendants together with Plaintiffs, the "Parties") hereby submit this stipulation to stay the above-captioned action (the "Action") as set forth herein.

WHEREAS, on March 13, 2026, Lanphear filed a Verified Shareholder Derivative Complaint in this Court, captioned *Lanphear v. Blair, et al.*, No. 1:26-cv-00275-GBW, against defendants Rainer M. Blair, Feroz Dewan, Linda H. Filler, Emmanuel Ligner, Teri List, Walter G. Lohr, Jr., Matthew R. McGrew, Jessica L. Mega, Mitchell P. Rales, Steven M. Rales, Pardis C. Sabeti, A. Shane Sanders, John T. Schwieters, Alan G. Spoon, Raymond C. Stevens, and Elias A. Zerhouni, and nominal defendant Danaher Corporation, pleading claims for violation of Section 10(b) and 14(a) of the Securities and Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duty and unjust enrichment (the "Lanphear Action");

WHEREAS, on April 23, 2026, Markarian filed a Verified Stockholder Derivative Complaint for Violations of Securities Law, Breach of Fiduciary Duty, and Unjust Enrichment in this Court, captioned *Markarian v. Blair, et al.*, No. 1:26-cv-00468-GBW, against Rainer M. Blair, Joakim Weidemanis, Daniel A. Raskas, Matthew R. McGrew, Jennifer L. Honeycutt, Emmanuel Ligner, Linda Filler, Raymond C. Stevens, Walter G. Lohr, Jr., and Teri L. List and nominal defendant Danaher (together with the Individual Defendants, the "Defendants," and together with the Plaintiffs, the "Parties"), pleading materially similar claims for breach of fiduciary duty and unjust enrichment (the "Markarian Action");

WHEREAS, on May 8, 2026, the Court consolidated the Lanphear Action and the Markarian Action for all purposes (the "Consolidated Action") and appointed the law firms of Robbins LLP and The Rosen Law Firm, P.A., as Co-Lead Counsel for the Consolidated Action ("Co-Lead Counsel") and the law firms of Cooch and Taylor, P.A., and Farnan LLP, as Plaintiffs' Co- Delaware Counsel ("Co-Delaware Counsel");

WHEREAS, the Court ordered that the Parties meet and confer and submit a stipulation for future case scheduling in the Consolidated Action by no later than June 8, 2026;

WHEREAS, a related securities class action alleging violations of the federal securities laws against Danaher and certain of the Individual Defendants, captioned *Hawkins v. Danaher Corp.*, Case No. 1:23-cv-02055-AHA (D.D.C.) (the "Securities Class Action"), is currently pending in the United States District Court for the District of Columbia;

WHEREAS, on April 22, 2026, plaintiffs in the Securities Class Action filed an Unopposed Motion for Settlement;

WHEREAS, on June 1, 2026, the Court in the Securities Class Action preliminarily approved the settlement and set a final fairness hearing for September 3, 2026;

WHEREAS, the Parties agree that the Securities Class Action and this Action are based on substantially similar factual allegations and name some of the same defendants;

WHEREAS, the Parties agree that the court's consideration of the proposed settlement in the Securities Class Action may help inform the manner in which this Action proceeds;

WHEREAS, the Parties agree that the interests of efficient and effective case management and the conservation of judicial and litigant resources would best be served by temporarily staying this Action; and

WHEREAS, the Parties have conferred and agreed, subject to the Court's approval and based on the terms and conditions set forth below, to stay the Consolidated Action through the close of settlement proceedings in the Securities Class Action.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through their counsel, and subject to the approval of the Court, that:

1. All proceedings in the Consolidated Action, including any obligation by Defendants to answer, move against, or otherwise respond to any complaint filed in the Consolidated Action, shall be stayed (the "Stay") until the earlier of: (i) the court ruling on the anticipated motion for final settlement approval in the Securities Class Action; or (ii) upon any Party giving fourteen (14) days' notice to the undersigned counsel for the other Party that they no longer consent to the Stay.

2. Within thirty (30) days after the Stay is lifted pursuant to Paragraph 1, the Parties shall meet and confer and submit a proposed schedule governing further proceedings in the Consolidated Action.

3. Plaintiffs may file a consolidated complaint during the pendency of the Stay, but Defendants shall have no obligation to answer, move against, or otherwise respond to any consolidated complaint filed during the pendency of the Stay.

4. During the pendency of the Stay, Defendants' counsel shall promptly notify Plaintiffs upon becoming aware of any derivative actions filed in any forum ("Related Derivative Actions") or books and records demands made pursuant to 8 *Del. C.* § 220 or litigation demands ("Related Demands"), related to the facts and circumstances alleged in the Consolidated Action and/or the Securities Class Action. To the extent any documents are produced by the Company in any such Related Derivative Actions or in response to any such Related Demands, such documents shall also be produced to Plaintiffs, subject to the execution of a mutually agreeable confidentiality agreement. By producing the documents described herein, Defendants do not concede that any such documents are relevant to this Consolidated Action and reserve all rights to object to their use in this Consolidated Action.

5. During the pendency of the Stay, Defendants shall invite and include Plaintiffs to participate in any mediation or settlement negotiations with plaintiffs or stockholders in any Related Derivative Action or Related Demands.

6. In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a Related Derivative Action that are more favorable to the plaintiff(s) therein, those more favorable terms or conditions shall be deemed incorporated into this agreement.

7. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties

in the Consolidated Action, including, without limitation, Defendants' argument that this action was brought in the incorrect forum.

*[Signatures follow on next page]*

Dated: June 8, 2026

Respectfully submitted,

**FARNAN LLP**

*/s/ Michael J. Farnan*

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Delaware Counsel for Plaintiff Monique Lanphear*

**OF COUNSEL:**

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff Monique Lanphear*

Dated: June 8, 2026

**COOCH & TAYLOR, P.A.**

*/s/ Blake A. Bennett*

Blake A. Bennett (#5133)
1000 N. West St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3939
Email: bbennett@coochtaylor.com

*Delaware Counsel for Plaintiff Harry Markarian*

**OF COUNSEL:**

**ROBBINS LLP**

Brian J. Robbins
Stephen J. Oddo
Michelle H. Nguyen
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 535-3991
E-mail: brobbins@robbinsllp.com
soddo@robbinsllp.com
mnguyen@robbinsllp.com

*Counsel for Plaintiff Harry Markarian*

Dated: June 8, 2026

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Kevin M. Coen*
Kevin M. Coen (Bar No. 4775)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
(302) 658-9200
Email: kcoen@morrisnichols.com

*Counsel for Nominal Defendant Danaher Corporation and Individual Defendants Rainer M. Blair, Feroz Dewan, Linda H. Filler, Emmanuel Ligner, Teri List, Walter G. Lohr, Jr., Matthew R. McGrew, Jessica L. Mega, Mitchell P. Rales, Steven M. Rales, Pardis C. Sabeti, A. Shane Sanders, John T. Schwieters, Alan G. Spoon, Raymond C. Stevens, Elias A. Zerhouni Joakim Weidemanis, Daniel A. Raskas, and Jennifer L. Honeycutt*

**OF COUNSEL:**

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Lutz
One Embarcadero Center Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8379
E-mail: blutz@gibsondunn.com

IT IS SO ORDERED this ___ day of ____________________________, 2026.

_________________________________________
The Honorable Gregory B. Williams